**THE LAW OFFICE OF
JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL RODRIGUEZ, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLEE BEE FOODS, LLC,<br><br>Defendant. | Case No. 17-cv-2447-MMA-WVG<br><br>**NOTICE OF MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Fed. R. Civ. P. 23(b)(2), 23(e)]<br><br>Judge: Hon. Michael M. Anello<br>Hrg. Date: March 12, 2018<br>Time: 2:30 p.m.<br>Location: Courtroom 3D |

| | |
|---|---|
| 1 | TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE THAT, on March 12, 2018, at 2:30 p.m., or as soon |
| 3 | thereafter as may be heard, in Courtroom 3D, before the Honorable Michael M. Anello, |
| 4 | plaintiff Miguel Rodriguez will, and hereby does respectfully move the Court pursuant to |
| 5 | Fed. R. Civ. P. 23(e) for approval of a proposed class action settlement. |
| 6 | The Motion is based on this Notice of Motion, the concurrently-filed Declaration of |
| 7 | Jack Fitzgerald, and all prior pleadings and proceedings had in the matter. |

Dated: February 1, 2018        /s/ Jack Fitzgerald

**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

***Counsel for Plaintiff and the Class***