**THE LAW OFFICE OF**
**JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Class Counsel*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL RODRIGUEZ, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE BEE FOODS, LLC,<br><br>Defendant. | Case No. 17-cv-2447-MMA-WVG<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Fed. R. Civ. P. 23(b)(2), 23(e)]<br><br>Judge: Hon. Michael M. Anello<br>Hrg. Date: April 23, 2018<br>Time: 2:30 p.m.<br>Location: Courtroom 3D |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, on April 23, 2018, at 2:30 p.m., or as soon thereafter as may be heard, in Courtroom 3D, before the Honorable Michael M. Anello, plaintiff Miguel Rodriguez will, and hereby does respectfully move the Court pursuant to Fed. R. Civ. P. 23(e) for final approval of a proposed class action settlement.

The Motion is based on this Notice of Motion, the concurrently-filed Memorandum in support of the Motion, and concurrently-filed Declarations of Jack Fitzgerald ("Fitzgerald Decl.") and Jennifer M. Keough ("Keough Decl."), and all prior pleadings and proceedings had in the matter.

Dated: March 26, 2018        /s/ Jack Fitzgerald

**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Counsel for Plaintiff and the Class*

1

*Rodriguez v. Bumble Bee Foods, LLC*, No. 17-cv-2447-MMA-WVG
NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT