# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RODRIQUEZ, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE BEE FOODS, LLC,<br><br>Defendant. | Case No.: 17cv2447-MMA (WVG)<br><br>**NOTICE AND ORDER PROVIDING TENTATIVE RULINGS RE:**<br><br>**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; AND**<br><br>[Doc. No. 17]<br><br>**MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD**<br><br>[Doc. No. 18] |

Plaintiff Miguel Rodriquez's Motion for Final Approval of Class Action Settlement (Doc. No. 17), and Motion for Attorneys' Fees, Costs, and Incentive Award (Doc. No. 18) are currently set for hearing on Monday, April 23, 2018, at 2:30 p.m. Having reviewed the parties' filings, the Court tentatively finds as follows:

The Court tentatively **GRANTS** Plaintiff's Motion for Final Approval of Class Action Settlement (Doc. No. 17). The Court tentatively finds that the proposed settlement of this class action is appropriate for final approval pursuant to Federal Rule of Civil Procedure 23(e), that the proposed settlement appears to be the product of serious, informed, arms-length negotiations, and that the settlement was entered into in good faith.

The Court tentatively **GRANTS IN PART** Plaintiff's Motion for Attorneys' Fees, Costs, and Incentive Award (Doc. No. 18).  The Court tentatively finds attorneys' fees in the amount of $34,801.00 to be reasonable.[1]  The Court tentatively finds costs in the amount of $933.00 to be reasonable.  Finally, the Court tentatively finds a class representative incentive award in the amount of $1,500 to be reasonable.

As these rulings are tentative, the Court looks forward to the arguments of counsel at the hearing.

**IT IS SO ORDERED.**

Dated: April 20, 2018

HON. MICHAEL M. ANELLO
United States District Judge

---

[1] This lodestar figure is based upon the Court's tentative findings that Class Counsel reasonably expended 55.4 hours on this litigation, and that the following hourly rates are reasonable for Class Counsel: $665 for Mr. Fitzgerald, $515 for Mr. Flynn, and $440 for Ms. Persinger.  The Court tentatively finds that a positive multiplier is not warranted in this case.