

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miguel Rodriguez, on behalf of himself, all other similarly situated, and the general public<br><br>**Plaintiff,**<br><br>V.<br><br>Bumble Bee Foods, LLC<br><br>**Defendant.** | **Civil Action No.** 17cv2447-MMA(WVG)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds the proposed settlement of this class action appropriate for final approval pursuant to Federal Rule of Civil Procedure 23(e). The Court finds that the proposed settlement appears to be the product of serious, informed, arms-length negotiations, that the settlement was entered into in good faith, and that Plaintiff has satisfied the standards for final approval of a class action settlement under federal law. Further, the Court finds attorneys' fees in the amount of $34,801.00, costs in the amount of $933.00, and a class representative award in the amount of $1,500.00 to be reasonable. The Court approves the Settlement and orders the parties to implement the Settlement Agreement according to its terms and conditions and this Court's Final Order.

Date: 4/24/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

R. Chapman, Deputy